JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRAVIS RAY JOB,                          )   Case No. CV 07-2600-GAF (OP)
                                         )
                Petitioner,              )   J U D G M E N T
                                         )
        vs.                              )
                                         )
JOSEPH WOODRING,                         )
                                         )
                Respondent.              )
_____ )

        Pursuant to the Order Adopting Findings, Conclusions, and
Recommendations of the United States Magistrate Judge,

        IT IS ADJUDGED that that Judgment be entered (1) approving and adopting
this Report and Recommendation; and (2) directing that Judgment be entered
denying the Petition, and dismissing this action with prejudice.

DATED: 3/31/08

                                    _____
                                    HONORABLE GARY A. FEESS
                                    United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge